# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br>**Twyla Dianne G. Taylor,**<br>Debtor | Case No.: 20-12661-JDW |
| **Tom Harrison,**<br>Plaintiff | |
| v. | Adv. Proc. No. 20-01063-JDW |
| **Twyla Dianne G. Taylor,**<br>Defendant | |

## AMENDED APPLICATION FOR ENTRY OF DEFAULT

THE CLERK OF THE COURT is requested to enter a default against the Defendant for failure to plead or otherwise defend as set out in the affidavit hereto annexed.

This the 24th day of November, 2020.

/s/ Tracy B. Walsh
**Walsh Law Firm PLLC**
Attorney for Plaintiff
6831 Crumpler Blvd., #200
Olive Branch, MS 38654
(662)890-3086
(866)475-5589 facsimile
tbwalsh@walshlawfirmpllc.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: <br> **Twyla Dianne G. Taylor,** <br> Debtor | Case No.: 20-12661-JDW |
| **Tom Harrison,** <br> Plaintiff | |
| v. | Adv. Proc. No. 20-01063-JDW |
| **Twyla Dianne G. Taylor,** <br> Defendant | |

## AMENDED AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

**STATE OF MISSISSIPPI**
**COUNTY OF DESOTO**

Tracy B. Walsh, being duly sworn, deposes and says:

1. I am the attorney of record for Plaintiff and I have personal knowledge of the information contained herein.

2. Defendant was duly served with a copy of the summons and copy of the complaint on October 19, 2020.

3. More than thirty (30) days have elapsed since the date on which the Defendant was served with the summons and copy of the complaint.

4. Defendant has failed to plead or otherwise defend as to the Plaintiff's complaint or serve a copy of any pleading or other defense upon the undersigned attorney of record for the Plaintiff.

5. Unless otherwise alleged pursuant to 50 App. U.S.C., Sec. 520, the individual defendant is not in military service.

6.       This affidavit is executed by affiant herein in accordance with Rule 55(a) FRCP, for the purpose of enabling Plaintiff to obtain an entry of default against the Defendant for failure to plead or otherwise defend as to Plaintiff's complaint.


/s/ Tracy B. Walsh
Attorney for Plaintiff


Sworn to and subscribed before me this the 24th day of November, 2020

/s/ Joye C. Smith
Notary Public

Commission Number: 198975
My Commission expires: 04/16/2024