___

**SO ORDERED,**





**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br>**Twyla Dianne G. Taylor,**<br>Debtor | Case No.: 20-12621-JDW |
| **Tom Harrison,**<br>Plaintiff | |
| v. | Adv. Proc. No. 20-01063-JDW |
| **Twyla Dianne G. Taylor,**<br>Defendant | |

## DEFAULT JUDGMENT

This action came for hearing on the motion/application of Plaintiff for a default judgment pursuant to Rule 55(b) FRCP, and the Defendant having been served with the summons and the complaint and not being an infant or unrepresented incompetent person, and having failed to plead or otherwise defend, and the default having been duly entered, the Defendant having taken no proceedings since such default was entered,

IT IS ORDERED AND ADJUDGED as follows:

1. That the Plaintiff's debt shall be nondischargeable pursuant to 11 U.S.C. Section 523 (a)(4), (a)(6), and or (a)(2)(A);

2. That a Judgment against the Defendant in the sum of $58,014.00 plus any interest and for any and all sums associated with the debt owed to the Plaintiff, including legal fees and costs;

3. For such other relief as the Court deems appropriate.

**##END OF ORDER##**

Submitted by:

/s/ Tracy B. Walsh
Attorney for Plaintiff